

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00498-CR

**EX PARTE** Matthew Jamal **JACKSON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

On September 21, 2015, relator filed a supplement to his petition for writ of habeas corpus initially filed on August 7, 2015. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's supplemental petition is also DISMISSED FOR LACK OF JURISDICTION. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015).

It is so **ORDERED** on September 24, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR0148, styled *The State of Texas v. Matthew Jamal Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.